**Reese Marvin BAKER, Petitioner–**
**Appellant,**

v.

**Joseph P. SACCHET; Attorney General for the State of Maryland,**
**Respondents–Appellees.**

**No. 02–6768.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Reese Marvin Baker, Appellant Pro Se. John Joseph Curran, Jr., Attorney Gener-

al, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Reese Marvin Baker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Baker v. Sacchet,* No. CA–01–518–WMN (D.Md. Apr. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*